# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00492-CV

**Donna Thompson, Appellant**

**v.**

**Derek Van Gilder, Appellee**

### FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
### NO. 423-9651, THE HONORABLE BONNIE HELLUMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due for filing in this Court on August 8, 2025. On August 11, 2025, we notified appellant that no clerk's record had been filed due to her failure to pay or make arrangements to pay the trial clerk's fee for preparing the clerk's record. The notice requested that appellant make arrangements for the clerk's record and submit a status report regarding this appeal by August 21, 2025. Further, the notice advised appellant that her failure to comply with this request could result in the dismissal of the appeal for want of prosecution. Appellant filed a response on August 21, 2025, indicating that "[o]nce the court record is available from the Bastrop District Clerk and the appeal bond has been paid, the case will proceed to the 3rd Court of Appeals for proper consideration." This response did not indicate that appellant had either paid or made arrangements to pay for the clerk's record. To date, the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In this case, appellant has not established that she is entitled to proceed without payment of costs. *See* Tex. R. Civ. P. 145. Because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed for Want of Prosecution

Filed: September 18, 2025

2